SHAW *v.* GARRISON ET AL.

No. 579. Decided December 9, 1968.

*Herve Racivitch* for appellant.

*Eberhard P. Deutsch* and *René H. Himel, Jr.,* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

THE CHIEF JUSTICE took no part in the consideration or decision of this case.

LANDRY ET AL. *v.* BOYLE, CHIEF JUDGE, ET AL.

No. 659. Decided December 9, 1968.

*Robert L. Tucker, R. Eugene Pincham, Jean F. Williams, Leonard Karlin, William M. Kunstler,* and *Arthur Kinoy* for appellants.

PER CURIAM.

The appeal is dismissed for failure to comply with Rule 13 (1).